
RECEIVED
APR 07 2004
REVISED DATE 09/2001... CLERK
DISTRICT COURT, EDNC

FILED
APR 20 2004
CLERK
US DISTRICT COURT, EDNC
___ DEP. CLK

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-ct-270-FL
(leave this space blank)

Thomas Andrew Mills Jr.

(enter full names of each plaintiff(s))

v.

Inmate Number 23769-056

Federal Medical Center     Mark Crogan
Bureau of Prisons          G. Moffet
Lonnie Faircloth
Art Beeler

(enter full names of each defendant(s))

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( ) NO (✓)

If your answer is YES, describe the former lawsuit in the space provided below:

_____

_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (✓) NO ( )

If your answer is YES:

1. What steps did you take? I filed Several Administrative Remedies

2. What was the result? (Attach copies of grievances or other supporting documentation.)

They were sent back Rejected, and other

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at **Federal Medical Center**, and I am now being housed at **Federal Medical Center**. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

**✓** I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: **Thomas Andrew Mills Jr.**

Name of Present Confinement: **Federal Medical Center**

Address of Present Confinement: **P.O Box 1600 Butner, N.C 27509**

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant **Art Beeler**
   Position **Warden**
   Employed at **Federal Medical Center**
   Address **P.O Box 1600 Butner, NC 27509**
   Capacity in which being sued: Individual ( ) Official (✓) Both (✗)

C. Defendant **Lonnie Faircloth**
   Position **Officer**
   Employed at **Federal Medical Center**
   Address **P.O Box 1600 Butner, N.C. 27509**
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

D. Defendant **Moffet**
   Position **Officer**
   Employed at **Federal Medical Center**
   Address **P.O Box 1600 Butner N.C 27509**
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

E. Defendant **Mark Grogan**
   Position **Captain**
   Employed at **Federal Medical Center**
   Address **P.O Box 1600 Butner N.C 27509**
   Capacity in which being sued: Individual ( ) Official (✓) Both ( )

F. Defendant _____
   Position _____
   Employed at _____
   Address _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. **STATEMENT OF CLAIM**

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES. If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

① I am in J-unit at FMC for disciplene reasons and since October 2003, my medicines have sometimes not shown up. I have written so many complaints about this. They skip doses as well. I am on chemo for Stage III Melanoma and I have high BP and Heart disease. As I have expressed myself about this, it has caused me to receive several false incident reports along with verbal abuse from officers.

② Officer Lonnie Faircloth has thrown my food on the floor, he said "I spit in it" He has torn up mail for me and threw it away. He has slammed my arm in the trap

twice. He has told me to hang myself. He always beat on the door and made me feel unsafe and he made false reports. He refused to call and ask the nurse to bring medications. He claimed thats not his job, as a result I have fallen out on the floor from pain. He tore up a letter that I wrote to my Judge.

3) Officer Moffet refused to call for my medicines and as a result, I fell out in the floor. He has also threatened to beat my ass

4) They cut the call buttons off so we are in trouble if we need them for an emergency

5) Our medicine arrives as much as 2 to 3 hrs. late

6) I notified the Warden and Captain and many leiutenants about this but it still continues

7) I dont have acess to Law books and at one point it took 2 weeks to get a call to my attorney

8) There is so much negligence because of not enough Staff.

9) I feel like I'm in a foreign country by their treatment Please help me before it cost me my life

## V. RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

I would like the courts to impose a fine and recomend a better way of distributing Medications. I also would like to be moved from this hostile situation as officers continue to abuse me daily. I have suffered mental anguish and I have nightmares from the threats

REVISED DATE: 09/2001

My arm feels like it has a bone chip.

_____

_____

Signed this 4th day of April, 2004.

Thomas A. Mills Jr.
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

4-2-04           Thomas Andrew Mills Jr.
Date             Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)