*United States District Court*
*Eastern District of North Carolina*


FILED
DEC 22 2004
U.S. ......ui COURT.
E. DIST. NO. CAR.

THOMAS ANDREW MILLS, JR.
Plaintiff(s)
v.
LONNIE FAIRCLOTH; ART BEELER;
G. MOFFET; MARK CROGAN
Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:04-CT-270-FL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted and this action is hereby dismissed without prejudice to allow exhaustion of administrative remedies.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, DECEMBER 22, 2004, AND COPIES MAILED TO:

Thomas Andrew Mills, Jr. 23769-056
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

R.A. Renfer, Jr.
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

December 22, 2004
Date

Michael D. Brooks
Acting Clerk

Raleigh, North Carolina

(by) Deputy Clerk

cc p\f/us I)